WAGNER CHOI & EVERS
Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
JAMES F. EVERS
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Attorneys for Debtor and Debtor-in-Possession
AZABU BUILDINGS COMPANY, LTD.

WATANABE ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No.    (808) 544-8300
Telefacsimile No. (808) 544-8399
wmau@wik.com

STUTMAN, TREISTER & GLATT PC
JEFFREY C. KRAUSE            CA 94053
MICHAEL H. GOLDSTEIN   CA 115675
H. ALEXANDER FISCH       CA 223211
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone No.    (310) 228-5600
Telefacsimile No. (310) 228-5788
jkrause@stutman.com, mgoldstein@stutman.com
afisch@stutman.com

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AZABU BUILDINGS COMPANY<br>LTD., aka AZABU TATEMONO K.K.<br><br>Debtor. | ) Case No. 05-50011 (RJF)<br>) (Chapter 11)<br>)<br>)<br>)<br>)<br>) Hearing<br>) DATE:<br>) TIME:<br>) JUDGE: Honorable Robert J. Faris |

## DECLARATION OF STEPHEN J. PEARLMAN

I, Stephen J. Pearlman, declare as follows:

1. I am over eighteen (18) years of age and if called upon I would competently testify to the matters set forth herein from my own personal knowledge, except as otherwise stated.

2. This Declaration is submitted in support of the "Debtor's And Official Committee Of Unsecured Creditor's First Amended Joint Chapter 11 Plan Of Reorganization For Azabu Buildings Company, Ltd., A.K.A. Azabu Tatemono K.K., And Subsequent Filing Entities, Dated As Of March 16, 2007 (the "Joint Plan").

3. As head of the Debt Capital Markets for Houlihan Lokey Howard & Zukin's (HLHZ) Real Estate, Lodging and Leisure Group, and previously head of debt capital markets at Trammell Crow Company and Jones Lang LaSalle, my extensive experience in the financing of major hotel properties provides a background to review the current interest rates for large hotel financing. See attached biography as Exhibit I.

2

4. I am rendering my opinion on the prevailing interest rate environment for the financing of high-end hotel properties like the Hyatt Regency Waikiki Resort & Spa (the "Hotel"). The opinion is based on my findings as to comparable financings in the market today and is also based on empirical market data, See Exhibit II, as well as discussions with current lenders.

5. I have based my findings on the following assumptions:

- Leverage—75-80% was assumed based on market value of the underlying hotel assets.
- Loan Collateral—First class hotel properties that were positively cash flowing.
- Interest Rate—Both floating rate and fixed rate financings were provided to be sure to capture the current credit spreads for both. Therefore, floating rate debt was priced based on current LIBOR (London Interbank Offering Rate) plus a credit spread. Fixed rate debt was priced based on Term Treasury Rates plus a credit spread. All indicative rates are as of 4/16/07:
  - LIBOR (30-day)—5.32%
  - 5, 7 and 10 year Treasury Rates—4.70% to 4.75%
- Term: The assumed term for a financing is as follows:
  Floating rate: 3-5 years
  Fixed rate: 5, 7 and 10 years
- The "loan" at issue would be for the period of November 10, 2005 through December 31, 2007.

6. I reviewed the following documents that were related to the Hotel:

- Two loan agreements dated November 6, 1996;
- Hyatt Regency Waikiki Resort & Spa Confidential Offering Memorandum dated December 8, 2006;
- Related cash flow projections as incorporated in the Offering Memorandum;
- Final order authorizing use of cash collateral dated February 17, 2006 and;

3

- Second and Third Stipulations Authorizing Use of Cash Collateral, dated May 1, 2006 and October 23, 2006, respectively.

7.  In developing my conclusion below, I discussed the lending and interest rate environment with the following lenders:
- Bear Stearns
- Credit Suisse
- JP Morgan Chase
- MetLife
- Wachovia Bank

The market sampling as referenced above includes two investment banks, two commercial banks and one insurance company. In addition, I provide specific transactions and salient loan terms for hotel properties financings in various markets to support the survey sampling. I also provide an objective empirical source which is reported periodically in <u>Real Estate Finance and Investment</u>, a major industry publication. The data provided as "Sonnenblick-Goldman's Commercial Mortgage Rate Spreads". I have attached the Matrices, see Exhibit II, that spanned from December 7, 2006 to March 29, 2007. I also reviewed Hyatt Coporation's bid as I understand it was the court approved qualified bid and the value attributed to that bid more than supports a loan to value between 75-80%. The Hotel's cash flows in place and projections were sufficient to support an objective financing if one were to be provided. Therefore, I was comfortable that the leverage and collateral supported the loan levels that we provided.

8. Objective Market Data

As was mentioned before, I spoke to and was provided the following information from a group of lenders (Bear Stearns, Credit Suisse, JP Morgan Chase, MetLife and Wachovia Bank) as to their current lending practices for quality hotel properties.

**BEAR STEARNS**

| Type | Loan to Value | Term | Interest Rate | Debt Service Coverage Ratio | Amortization |
|---|---|---|---|---|---|
| Floating | 75%-80% | 3-5 years | LIBOR (30-day) + 150-200 basis points | 1.2x-1.25x | N/A |
| Fixed-Rate | 75%-80% | 5, 7, or 10 years | Term Treasury Rate + 115-130 basis points | 1.2x-1.25x | 5 years interest only; thereafter 30 years |

**CREDIT SUISSE**

| Type | Loan to Value | Term | Interest Rate | Debt Service Coverage Ratio | Amortization |
|---|---|---|---|---|---|
| Floating | 75-80% | 3 to 5 years | LIBOR (30-day) + 150-200 basis points | 1.2x-1.25x | N/A |
| Fixed-Rate | 75-80% | 5, 7 or 10 years | Term Treasury Rate + 115-130 basis points | 1.2x-1.25x | 25-30 Years |

## JP MORGAN CHASE

| Type | Loan to Value | Term | Interest Rate | Debt Service Coverage Ratio | Amortization |
|---|---|---|---|---|---|
| Floating | 75-80% | 3 to 5 years | LIBOR (30-day) + 140-170 basis points | 1.2x to 1.25x | N/A |
| Fixed-Rate | 75-80% | 5, 7 or 10 years | Term Treasury Rate + 100-125 basis points | 1.2x to 1.25x | Interest Only |

## METLIFE

| Type | Loan to Value | Term | Interest Rate | Debt Service Coverage Ratio | Amortization |
|---|---|---|---|---|---|
| Floating | 65-70% | 3 to 5 years | LIBOR (30-day) + 95-100 basis points | 1.2x to 1.25x | N/A |
| Fixed-Rate | 70-75% | 5, 7 or 10 years | Term Treasury Rate + 115-135 basis points | 1.2x to 1.25x | 30 years |

## WACHOVIA

| Type | Loan to Value | Term | Interest Rate | Debt Service Coverage Ratio | Amortization |
|---|---|---|---|---|---|
| Floating | 75-80% | 3 to 5 years | LIBOR (30-day) + 125 to 150 basis points | 1.2x to 1.25x | N/A |
| Fixed-Rate | 75-80% | 5, 7 or 10 year | Treasury Term Rate + 100-120 basis points | 1.2x to 1.25x | 5 years interest only; thereafter 30 years |

9. In addition to the sampling of loan structures and indicative interest rates, I have attached Real Estate Financing and Investment's "Sonnenblick-Goldman's Commercial Mortgage Rate Spreads", see Exhibit II, which covers the interest rate environment from December 2006 to March 2007.

10. In regard to full service hotels with loan to values in excess of 65%, the spread for floating rate loans was 155-165 bps for the six month period.

11. For fixed rate loans, the spreads were 125-135bps for the same six month period. If we convert to what the interest rates were over that six month period, the following would apply:

- LIBOR (30-day)—5.32% plus 160bp= 6.92%
- Treasury Rate (10 year)—4.70% plus 130 bp=6.00%
- The attached provides a historical perspective on where spreads and interest rates for full-service hotel
- The hotel properties included covered the full range of full service hotel product

12. Recent Large Hotel Financings

I provide below four hotel financings that were closed or being closed in the past six months. In my opinion, the hotels transactions selected were comparative to the Hotel and were reflective of the high-end quality hotel properties. In determing comparable financing, I focus on major West Coast hotel financings that exceeded $100 million.

- <u>Waikiki Beach Marriot Resort, Honolulu, HI</u>

JPMorgan Chase is providing a $375 million floating rate mortgage on this trophy hotel property. The loan represents approximately 80% leverage, which reflects a hotel value at or about $470 million. The pricing was quoted at

7

LIBOR (30-day) plus 140 to 150bp. At that applicable spread, today's interest rate would be 6.75% to 6.85%. The maturity date was unavailable.

- <u>Mondrian, Los Angeles and Hudson Hotel, NYC</u>

    Wachovia has provided two loans secured by the Mondrian Hotel in Los Angeles and the Hudson Hotel in New York City totally $370 million. The loans are priced at LIBOR (30-day) plus 125bp. At that applicable spread, the interest rate today is 6.60%. The loans mature in July 2010. The loan to value was not indicated.

- <u>Four Seasons, San Diego, CA</u>

    Wachovia has financed the Four Seasons Hotel in San Diego, California with a $186 million first mortgage loan. The loan is fixed at a spread of 150bp over the 5-year Treasury Rate. At the applicable spread, the interest rate is 6.17%. The loan to value was 75% and the loan is interest only for the 5 years.

- <u>Fairmont Hotel, San Francisco, CA</u>

    MetLife has recently financed the Fairmont Hotel in San Francisco. The loan was for $115 million and was floating at a rate of 105bp over LIBOR (30-day). At the applicable spread, the rate is 6.37% today. The loan to value was 60-65%. The maturity date was not indicated.

    13. In considering the risk of the underlying asset given that it is involved in a Chapter 11 bankruptcy, a lender might require a premium to be added to the spread to compensate for the perceived risk. The Hotel's cash flow and operating performance is excellent, the sponsorship of Hyatt as the acquiring entity and the value that is being created from its offer would mitigate any real premium due to perceived bankruptcy stigma.

14. Another consideration is the impact on upfront financing fees on floating rate debt. Lenders will charge ½ to 1% upfront on these types of loans. Due to the fact that such fee is usually required, if at all, on only new loans. I do not see this as an additional cost in this situation.

15. Conclusions

Based on market discussions and the empirical data provided, the spreads today for high quality, moderately leveraged hotel financings would range between 140-170 bps on a floating rate financing and 100-125bps on a fixed rate financing. Given today's interest rates, the following would be indicative rates:

LIBOR (30-day): 5.32% plus 140-170bps=6.72%-7.02%

Term Treasury Rate (10 years): 4.70% plus 100-125bps= 5.75%-6.0%

16. The loan default rate of 14% set forth in the loan agreement I reviewed does not reflect the current prevailing market interest environment for quality hotel financings. Hyatt is a major hotel company with an extremely strong financial condition and ability to perform and acquire the hotel at the committed pricing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of April, 2007, at New York, New York.

Stephen J. Pearlman

9

EXHIBIT I

**Stephen J. Pearlman Biography**

Stephen J. Pearlman is a Senior Vice President of Houlihan Lokey's Corporate Finance Department and is a member of the Real Estate, Lodging and Leisure Group, involved in real estate asset sales and financing activity globally for the firm.

Prior to joining the firm, he was with Trammell Crow Company as a Senior Vice President and Co-Head of the Capital Markets Group in the Metro New York, New Jersey and Connecticut region and National Debt Capital Product Leader. With over 25 years of real estate experience in the financing and sale of commercial real estate, Mr. Pearlman has been involved in over $7 billion of transactions advising institutional, corporate, as well as other real estate owners and investors in the structuring and execution of asset sales, note sales, sale leasebacks, financing and other capital markets transactions. His responsibilities included the disposition of investment properties, the sale of loan portfolios and the debt origination on behalf of institutional, corporate and private owners of real estate.

Prior to joining Trammell Crow Company in April 2004, Mr. Pearlman was Managing Director of HIGroup, LLC, a real estate investment company, where he managed its East Coast regional office. He was previously Executive Vice President with Jones Lang Wootton and subsequently Jones Lang LaSalle. While there he was the Co-Head of Debt Capital Group in the Investment Banking Group where he specialized in the structuring and marketing of joint ventures, financings and the sale of commercial properties. He has also served as financial advisor to real estate owners on their hold or disposition strategies as well as structured financing in the highly visible conventional and securitized markets.

Mr. Pearlman began his real estate career as Vice President with Manufacturers Hanover Trust Company in the Real Estate Finance Group where he originated construction and acquisition loans for real estate properties nationwide. Prior to becoming a real estate lender, he was involved in Manufactures Hanover Trust Company's corporate finance area lending to the bank's corporate clients throughout the New York metropolitan area.

**Education**
MBA, Finance – Bernard Baruch College
BA, History/Political Science - Alfred University
Adjunct Professor, New York University Master of Science in Real Estate Program, 1986- Present

**Professional Affiliations**
Licensed Real Estate Broker
Licensed NASD Broker/Dealer
Real Estate Board of New York
Young Mortgage Bankers Association, Governor, 1987-1989
Member ICSC
Member ULI
Chairman of Board, Rodeph Sholom School - 1992-1997
Board of Trustees, Congregation Rodeph Sholom - 1991 to Present
Board of Governors, Poly Prep Country Day School

# EXHIBIT I

EXHIBIT II



HERE'S THE DEA
Your subscription to Al
magazine costs $77

## Commercial Mortgage Rate Spreads

## Sonnenblick-Goldman's Commercial Mortgage Rate Spreads

September 8, 2006

Senior Mortgage Matrix September 7, 2006

3-5 Year Floating-Rate Mortgages 1
Index: One-Month LIBOR

5-10 Year Fixed-Rate Mortgages 2 3
Index: Equivalent Maturity Treasuries

| <65% LTV | >65% LTV | Lender Fee | Property Type | <65% LTV | >65% LTV |
|---|---|---|---|---|---|
| | | | Residential | | |
| 95-105 | 100-110 | 50-100 bps | Apartments | 95-105 | 105-125 |
| | | | Retail | | |
| 85-95 | 95-105 | 50-100 bps | Malls | 90-110 | 105-125 |
| 90-100 | 100-110 | 50-100 bps | Strip and Power Centers | 95-115 | 110-130 |
| | | | Industrial | | |
| 100-110 | 110-120 | 50-100 bps | Multi-tenant | 105-115 | 115-125 |
| | | | Office | | |
| 95-105 | 115-125 | 50-100 bps | CBD | 105-115 | 120-125 |
| 105-115 | 125-135 | 50-100 bps | Suburban | 110-120 | 125-130 |
| | | | Hotel | | |
| 130-155 | 155-165 | 50-100 bps | Full-Service | 110-120 | 125-135 |
| 140-165 | 145-175 | 50-100 bps | Limited-Service | 115-125 | 130-140 |
| 1-Month LIBOR | 5.33%* (5.39%) | | 5-Year Treasury | 4.70%* (4.98%) | |
| 3-Month LIBOR | 5.39%* (5.61%) | | 10-Year Treasury | 4.74%* (5.05%) | |

1Assumes interest only *Number as of September 7, 2006

2Assumes no lender fee 3Assumes a 30-year amortization period. Less than 65% LTV, add bps for 5-year, IO loans. Greater than 65% LT add 6-10 bps for 5-year, interest-only loans.

Mezzanine Financing Matrix September 7, 2006

| Debt Provider | Rate | Term | LTV Range (%) | Lender Fee |
|---|---|---|---|---|
| Hedge/Opportunity Funds | 10-14% | 1-5 years | >75% | 1-2% |
| Investment Banks | 10-14% | 1-5 years | >75% | 1-2% |
| Insurance Companies | 8-10% | 3-10 years | >70% | 1-2% |
| Private Sources | 12-18% | Six months to 3 years | >75% | 1-3% |

Source: Sonnenblick Goldman LLC

# EXHIBIT II

EXHIBIT II



## Commercial Mortgage Rate Spreads

# Sonnenblick-Goldman's Commercial Mortgage Rate Spreads

November 3, 2006

Senior Mortgage Matrix November 1, 2006

| 3-5 Year Floating-Rate Mortgages 1 Index: One-Month LIBOR | | | Property Type | 5-10 Year Fixed-Rate Mortgages 2 3 Index: Equivalent Maturity Treasuries | |
|---|---|---|---|---|---|
| <65% LTV | >65% LTV | Lender Fee | | <65% LTV | >65% LTV |
| | | | Residential | | |
| 95-105 | 100-110 | 50-100 bps | Apartments | 95-105 | 105-125 |
| | | | Retail | | |
| 85-95 | 95-105 | 50-100 bps | Malls | 90-110 | 105-125 |
| 90-100 | 100-110 | 50-100 bps | Strip and Power Centers | 95-115 | 110-130 |
| | | | Industrial | | |
| 100-110 | 110-120 | 50-100 bps | Multi-tenant | 105-115 | 115-125 |
| | | | Office | | |
| 95-105 | 115-125 | 50-100 bps | CBD | 105-115 | 120-125 |
| 105-115 | 125-135 | 50-100 bps | Suburban | 110-120 | 125-130 |
| | | | Hotel | | |
| 130-155 | 155-165 | 50-100 bps | Full-Service | 110-120 | 125-135 |
| 140-165 | 145-175 | 50-100 bps | Limited-Service | 115-125 | 130-140 |
| 1-Month LIBOR | 5.32%* (5.04%) | | 5-Year Treasury | 4.69%* (4.56%) | |
| 3-Month LIBOR | 5.37%* (5.14%) | | 10-Year Treasury | 4.73%* (4.62%) | |

1 Assumes interest only *Number as of September 7, 2006

2 Assumes no lender fee  3 Assumes a 30-year amortization period. Less than 65% LTV, add bps for 5-year, IO loans. Greater than 65% LT add 6-10 bps for 5-year, interest-only loans.

Mezzanine Financing Matrix November 1, 2006

| Debt Provider | Rate | Term | LTV Range (%) | Lender Fee |
|---|---|---|---|---|
| Hedge/Opportunity Funds | 10-14% | 1-5 years | >75% | 1-2% |
| Investment Banks | 10-14% | 1-5 years | >75% | 1-2% |
| Insurance Companies | 8-10% | 3-10 years | >70% | 1-2% |
| Private Sources | 12-18% | Six months to 3 years | >75% | 1-3% |

Source: Sonnenblick Goldman LLC

EXHIBIT II



## Commercial Mortgage Rate Spreads

Sonnenblick-Goldman's Commercial Mortgage Rate Spreads

### Low Rates Fuel Bullish Investing

December 8, 2006

Investors remained bullish through the third quarter, signaling the market is still on an upswing. As November c to a close, the yield on the 10-year Treasury dropped 10 basis points after hovering around 4.61% for most of t month. "The low rates have been a driving force for investors," said Andrew Oliver, managing director and principal of Sonnenblick Goldman.

Expectations are that the 10-year Treasury yield will continue to remain low through December. If rates remain their current level, 2006 rates could close only 10 basis points above last year. "I wouldn't be surprised if the yi remained at today's level, especially with the Federal Reserve's recent decisions to leave rates unchanged," C said. "I expect to see continued growth in 2007."

Senior Mortgage Matrix  December 7, 2006

| 3-5 Year Floating-Rate Mortgages 1 Index: One-Month LIBOR | | Lender Fee | Property Type | 5-10 Year Fixed-Rate Mortgages 2 3 Index: Equivalent Maturity Treasuries | |
|---|---|---|---|---|---|
| <65% LTV | >65% LTV | | | <65% LTV | >65% LTV |
| | | | Residential | | |
| 95-105 | 100-110 | 50-100 bps | Apartments | 95-105 | 105-125 |
| | | | Retail | | |
| 85-95 | 95-105 | 50-100 bps | Malls | 90-110 | 105-125 |
| 90-100 | 100-110 | 50-100 bps | Strip and Power Centers | 95-115 | 110-130 |
| | | | Industrial | | |
| 100-110 | 110-120 | 50-100 bps | Multi-tenant | 105-115 | 115-125 |
| | | | Office | | |
| 95-105 | 115-125 | 50-100 bps | CBD | 105-115 | 120-125 |
| 105-115 | 125-135 | 50-100 bps | Suburban | 110-120 | 125-130 |
| | | | Hotel | | |
| 130-155 | 155-165 | 50-100 bps | Full-Service | 110-120 | 125-135 |
| 140-165 | 145-175 | 50-100 bps | Limited-Service | 115-125 | 130-140 |
| 1-Month LIBOR | 5.31%* (5.32%) | | 5-Year Treasury | 4.39%* (4.69%) | |
| 3-Month LIBOR | 5.35%* (5.37%) | | 10-Year Treasury | 4.43%* (4.73%) | |

EXHIBIT II

1Assumes interest only
*Number as of December 6, 2006

2Assumes no lender fee
3Assumes a 30-year amortization period.
Less than 65% LTV, add 2-4 bps for 5-year, IO loans. Greater than 65% LTV, add 6-10 bps for 5-year, interest-only loans.

## Mezzanine Financing Matrix December 6, 2006

| Debt Provider | Rate | Term | LTV Range (%) | Lender Fee |
|---|---|---|---|---|
| Hedge/Opportunity Funds | 10-14% | 1-5 years | >75% | 1-2% |
| Investment Banks | 10-14% | 1-5 years | >75% | 1-2% |
| Insurance Companies | 8-10% | 3-10 years | >70% | 1-2% |
| Private Sources | 12-18% | Six months to 3 years | >75% | 1-3% |

*Source: Sonnenblick Goldman LLC*

E-mail this article to a friend

 Write a letter to the editor

Click here for Terms & Conditions and Click here for Privacy Policy

© 2005 Institutional Investor

EXHIBIT II



## Commercial Mortgage Rate Spreads

# Sonnenblick Goldman's Commercial Mortgage Rate Spreads

March 2, 2007

Senior Mortgage Matrix  March 1, 2007

**3-5 Year Floating-Rate Mortgages 1**

Index: One-Month LIBOR

| <65% LTV | >65% LTV | Lender Fee | Property Type |
|---|---|---|---|
| | | | Residential |
| 95-105 | 100-110 | 50-100 bps | Apartments |
| | | | Retail |
| 85-95 | 95-105 | 50-100 bps | Malls |
| 90-100 | 100-110 | 50-100 bps | Strip and Power Centers |
| | | | Industrial |
| 100-110 | 110-120 | 50-100 bps | Multi-tenant |
| | | | Office |
| 95-105 | 115-125 | 50-100 bps | CBD |
| 105-115 | 125-135 | 50-100 bps | Suburban |
| | | | Hotel |
| 130-155 | 155-165 | 50-100 bps | Full-Service |
| 140-165 | 145-175 | 50-100 bps | Limited-Service |
| 1-Month LIBOR | 5.07%* (5.32%) | | 5-Year Treasury |
| 3-Month LIBOR | 5.17%* (5.36%) | | 10-Year Treasury |

1 Assumes interest only

*Number as of March 1, 2007

**5-10 Year Fixed-Rate Mortgages 2 3**

Index: Equivalent Maturity Treasuries

| <65% LTV | >65% LTV |
|---|---|
| 85-95 | 95-105 |
| 80-100 | 95-105 |
| 85-105 | 100-115 |
| 90-100 | 95-105 |
| 95-105 | 105-115 |
| 100-110 | 110-120 |
| 95-105 | 105-125 |
| 105-115 | 110-130 |
| 4.62%* (4.86%) | |
| 4.63%* (4.88%) | |

2 Assumes no lender fee
3 Assumes a 30-year amortization period.
Less than 65% LTV, add 1-3 bps for 5-year,
IO loans. Greater than 65% LTV, add 5-8
bps for 5-year, interest-only loans.

### Mezzanine Financing Matrix  March 1, 2007

| Debt Provider | Rate | Term | LTV Range (%) | Lender Fee |
|---|---|---|---|---|
| Hedge/Opportunity Funds | 10-14% | 1-5 years | >75% | 1-2% |
| Investment Banks | 10-14% | 1-5 years | >75% | 1-2% |
| Insurance Companies | 8-10% | 3-10 years | >70% | 1-2% |
| Private Sources | 12-18% | Six months to 3 years | >75% | 1-3% |

*Source: Sonnenblick-Goldman, LLC*

EXHIBIT II



Visit II Publications: Categories | Magazines | News | Journals | Resources | Rankings

HOME  TOP NEWS  PROPERTY MARKETS  CAPITAL MARKETS  CMBS  FUND NEWS  EUROPEAN FOCUS  DATA ZONE  STRATEGIE!
Contact Us  Advertise  Resources  About REFI  Subsc
Welcome mchie  click here to log off

**real estate finance & investment**
*The newsweekly of the commercial property and capital markets*

Institutional Investor's **Premium Plus Package** provides you with all the financial news from investment banking to hedge funds

## Commercial Mortgage Rate Spreads

## Sonnenblick Goldman's Commercial Mortgage Rate Spreads

March 30, 2007

### Senior Mortgage Matrix  March 29, 2007

| | 3-5 Year Floating-Rate Mortgages 1 Index: One-Month LIBOR | | Lender Fee | Property Type | 5-10 Year Fixed-Rate Mortgages 2 3 Index: Equivalent Maturity Treasuries | |
|---|---|---|---|---|---|---|
| | <65% LTV | >65% LTV | | | <65% LTV | >65% LTV |
| | 95-105 | 100-110 | 50-100 bps | Residential Apartments | 85-95 | 95-105 |
| | 85-95 | 95-105 | 50-100 bps | Retail Malls | 80-100 | 95-105 |
| | 90-100 | 100-110 | 50-100 bps | Strip and Power Centers | 85-105 | 100-115 |
| | 100-110 | 110-120 | 50-100 bps | Industrial Multi-tenant | 90-100 | 95-105 |
| | 95-105 | 115-125 | 50-100 bps | Office CBD | 95-105 | 105-115 |
| | 105-115 | 125-135 | 50-100 bps | Suburban | 100-110 | 110-120 |
| | 130-155 | 155-165 | 50-100 bps | Hotel Full-Service | 95-105 | 105-125 |
| | 140-165 | 145-175 | 50-100 bps | Limited-Service | 105-115 | 110-130 |
| 1-Month LIBOR | 5.32* (5.07%) | | | 5-Year Treasury | 4.48%* (4.62%) | |
| 3-Month LIBOR | 5.35* (5.17%) | | | 10-Year Treasury | 4.60%* (4.63%) | |

1 Assumes interest only
*Number as of March 1, 2007
2 Assumes no lender fee
3 Assumes a 30-year amortization period.
Less than 65% LTV, add 1-3 bps for 5-year, IO loans. Greater than 65% LTV, add 5-8 bps for 5-year, interest-only loans.

### Mezzanine Financing Matrix  March 29, 2007

| Debt Provider | Rate | Term | LTV Range (%) | Lender Fee |
|---|---|---|---|---|
| Hedge/Opportunity Funds | 10-14% | 1-5 years | >75% | 1-2% |
| Investment Banks | 10-14% | 1-5 years | >75% | 1-2% |
| Insurance Companies | 8-10% | 3-10 years | >70% | 1-2% |
| Private Sources | 12-18% | Six months to 3 years | >75% | 1-3% |