Attorney/Party Name, Address, Phone, Fax, E-mail:
STUTMAN, TREISTER & GLATT PC   WATANABE ING & KOMEIJI   WAGNER & CHOI
JEFFREY C. KRAUSE                WAYNE K.T. MAU           JAMES A. WAGNER
GEORGE C. WEBSTER, II            First Hawaiian Center    CHUCK C. CHOI
ERIC D. WINSTON                  999 Bishop Street, Ste. 2300   745 Fort Street, 1900
H. ALEXANDER FISCH               Honolulu, HI 96813       Honolulu HI 96813
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

For court use only

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

Case No. **05-50011**

In re:

**Azabu Buildings Co., Ltd.**

Chapter 11

Related Docket No.: 1492

Debtor(s).

## ORDER SUSTAINING OBJECTION TO CLAIM

| Claim No. | Claimant (*name and address for notice of entry of order*) |
|---|---|
| 1 | Internal Revenue Service  and  Internal Revenue Service<br>PO Box 21126         300 Ala Moana Blvd.<br>Phil., PA 19144300    PO Box 50089<br>                     Honolulu, HI 96850-4992 |

An objection to the above-described claim was filed and set for hearing pursuant to Fed. R. Bankr. P. 3007, with due notice given to the claimant that an order sustaining the objection may be entered if no timely opposition was filed by 15 days before the hearing date.

Having considered the objection, the supporting documents and the record, and no timely opposition having been filed,

IT IS HEREBY ORDERED that the objection to the above-described claim is SUSTAINED. The claim will be treated as follows.

The claim filed by the above-referenced creditor, including the Japanese Claim, which is deemed filed in this chapter 11 case pursuant to section 5.4.4 of the Joint Plan dated as of April 23, 2007 and paragraph 24 of the order confirming the Joint Plan, is hereby disallowed in its entirety.

DATED:

hib_3007-7ord    12/03