WAGNER & CHOI
JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Attorneys for AZABU BUILDINGS CO., LTD.

WATANABE ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No.     (808) 544-8300
Telefacsimile No. (808) 544-8399
Email: wmau@wik.com

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST

STUTMAN, TREISTER & GLATT PC
JEFFREY C. KRAUSE   CA 94053
GEORGE C. WEBSTER II     CA 82870
ERIC D. WINSTON     CA 202407
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone No.     (310) 228-5600
Telefacsimile No. (310) 228-5788
Email: gwebster@stutman.com, ewinston@stutman.com

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 05-50011 (RJF) |
| | (Chapter 11) |
| AZABU BUILDINGS COMPANY LTD., aka AZABU TATEMONO K.K. | [Non-Hearing]<br>[Relates to Document 1643] |
| Debtor. | JUDGE: Honorable Robert J. Faris |

## ORDER APPROVING STIPULATIONS TO SETTLE OBJECTIONS TO CLAIM NOS. 28 AND 51; EXHIBITS "A" AND "B"

On January 11, 2008, the Joint Motion to Settle Objections to Claim Nos. 28 and 51 ("Motion") was filed by the Azabu Liquidating Trust.

Based upon the Motion, the Declaration of Chuck C. Choi verifying that no objections or requests for a hearing on the Motion were filed within 15 days of the service of the notice of the Motion, the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) notice of the Motion was proper and sufficient under the circumstances, and (c) that approval of the Motion would be in the best interests of the Debtor, its creditors and the estate, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Motion is approved, and the Stipulations to Settle Objections to Claim No. 28 and 51, attached hereto as Exhibits "A" and "B," are approved.

In re Azabu Buildings Company, Bk. No. 05-50011 (Chapter 11); Order Approving Stipulations to Settle Objections to Claim No. 28 and 51; Exhibit "A" and "B"

STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
GEORGE C. WEBSTER II, *admitted pro hace vice*
ERIC D. WINSTON, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; gwebster@stutman.com;
ewinston@stutman.com; afisch@stutman.com

WATANABE, ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

WAGNER CHOI & EVERS, Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
JAMES F. EVERS
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Co-counsel for the Azabu Liquidating Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | BK. NO. 05-50011 |
| ) | (Chapter 11) |
| AZABU BUILDINGS COMPANY, LTD., ) | |
| a.k.a. AZABU TATEMONO K.K., ) | Date: January 14, 2008 |
| ) | Time:     10:30 a.m. |
| Debtor and ) | |
| Debtor-in-Possession. ) | |
| ) | |

## STIPULATION TO SETTLE OBJECTION TO CLAIM NO. 28

THIS STIPULATION by and among the Azabu Liquidating Trust (the "Liquidating Trust"), Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K., debtor and debtor in possession (the "Debtor"), and the Official Committee of Unsecured Creditors (the "Committee") on the one hand, and, Astry Loan Services Corporation ("Astry"), on the other hand, is entered into based on the following facts:

### RECITALS

A.  Astry filed Proof of Claim No. 28 in the amount of 961,984,317 Japanese yen (which using a conversion rate of 118.23 yen per $1 is $8,136,550.09) as a general unsecured claim in Azabu's chapter 11 case (the "Claim").

B.  The Debtor and the Liquidating Trust filed an Objection to the Claim, contending, inter alia, that it was barred by the applicable Japanese statute of limitations.

C. The parties wish to avoid the expense, delay, and uncertainty of litigation over the merits of the Claim and Objection to Claim by entering into the following stipulation:

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Astry shall be allowed a general unsecured Class 9 claim in the amount of $1,627,310.02.

2. The balance of the Claim shall be disallowed.

3. Astry shall not file or assert any other claim against Azabu, the Liquidating Trust, or the bankruptcy estate.

Dated: December 19, 2007

STUTMAN, TREISTER & GLATT,
Professional Corporation
On behalf of the Official Committee of Unsecured Creditors, the Azabu Liquidating Trust Committee, and the Azabu Liquidating Trust

By: /s/ JCKrause
Jeffrey C. Krause

Dated: December 31, 2007

WAGNER CHOI & EVERS
On behalf of Azabu Buildings Company, Ltd.

By: /s/ James
James A. Wagner

Dated: December ___, 2007

Astry Loan Services Corporation

By: 西村 喬正
Its: Yoshimasa Nishimura, Chief Executive Officer

3

467234v1

U.S. Bankruptcy Court - Hawaii #05-50011 Dkt # 1696 Filed 02/07/08 Page 6 of 9

STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
GEORGE C. WEBSTER II, *admitted pro hace vice*
ERIC D. WINSTON, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; gwebster@stutman.com;
ewinston@stutman.com; afisch@stutman.com

WATANABE, ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

WAGNER CHOI & EVERS, Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
JAMES F. EVERS
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Co-counsel for the Azabu Liquidating Trust

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | BK. NO. 05-50011 |
| ) | (Chapter 11) |
| AZABU BUILDINGS COMPANY, LTD.,) | |
| a.k.a. AZABU TATEMONO K.K., ) | Date: January 14, 2007 |
| ) | Time:    10:30 a.m. |
| Debtor and ) | |
| Debtor-in-Possession. ) | |
| _____) | |

## STIPULATION TO SETTLE OBJECTION TO CLAIM
## OF GLOBAL ASSET MANAGEMENT (CLAIM NO. 51)

THIS STIPULATION by and among the Azabu Liquidating Trust (the "Liquidating Trust"), Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K., debtor and debtor in possession (the "Debtor"), and the Official Committee of Unsecured Creditors (the "Committee") on the one hand, and, Global Asset Management Company Ltd. ("GAM"), on the other hand, is entered into based on the following facts:

### RECITALS

A. GAM filed Proof of Claim No. 51 in the amount of 1,172,164,544 Japanese yen (which using a conversion rate of 118.23 yen per $1 is $9,914,273.40) as a general unsecured claim in Azabu's chapter 11 case (the "Claim") on .

B. The Debtor and the Liquidating Trust filed an Objection to the Claim, contending, inter alia, that it was barred by the applicable Japanese statute of limitations.

2

467234v1

U.S. Bankruptcy Court - Hawaii  #05-50011  Dkt # 1696  Filed 02/07/08  Page 8 of 9

C. The parties wish to avoid the expense, delay, and uncertainty of litigation over the merits of the Claim and Objection to Claim by entering into the following stipulation:

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. GAM shall be allowed a general unsecured Class 9 claim in the amount of $1,982,854.68.

2. The balance of the Claim shall be disallowed.

3. GAM shall not file or assert any other claim against Azabu, the Liquidating Trust, or the bankruptcy estate.

Dated: December 27, 2007  STUTMAN, TREISTER & GLATT,
Professional Corporation
On behalf of the Official Committee of Unsecured Creditors, the Azabu Liquidating Trust Committee, and the Azabu Liquidating Trust

By: _____ for
Jeffrey C. Krause

Dated: December 31, 2007  WAGNER CHOI & EVERS
On behalf of Azabu Buildings Company, Ltd.

By: _____
James A. Wagner

Dated: December ___, 2007  GLOBAL ASSET MANAGEMENT COMPANY, LTD, aka GLOBAL SAIKEN KAISHU

By: Kohzou Nakagawa
Its: KOZO NAKAGAWA, Representative Director

3

467234v1