WAGNER & CHOI
JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Attorneys for AZABU BUILDINGS CO., LTD.

WATANABE ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Telefacsimile No. (808) 544-8399
Email: wmau@wik.com

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST

STUTMAN, TREISTER & GLATT PC
JEFFREY C. KRAUSE     CA 94053
GEORGE C. WEBSTER II  CA 82870
ERIC D. WINSTON       CA 202407
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone No. (310) 228-5600
Telefacsimile No. (310) 228-5788
Email: gwebster@stutman.com, ewinston@stutman.com

Attorneys for OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| In re | Case No. 05-50011 (RJF) |
| | (Chapter 11) |
| AZABU BUILDINGS COMPANY LTD., aka AZABU TATEMONO K.K. | [Non-Hearing] |
| | JUDGE: Honorable Robert J. Faris |
| Debtor. | [Relates to Document 1741] |

## ORDER APPROVING STIPULATION TO SETTLE OBJECTION TO CLAIM NO. 12 (IZANAGI CAPITAL)

On February 28, 2008, the Joint Motion to Approve Stipulation to Settle Objection to Claim 12 ("Motion") was filed by the Azabu Liquidating Trust.

1. Based upon the Motion, the Declaration of Chuck C. Choi verifying that no objections or requests for a hearing on the Motion were filed within 15 days of the service of the notice of the Motion, the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) notice of the Motion was proper and sufficient under the circumstances, and (c) that approval of the Motion would be in the best interests of the Debtor, its creditors and the estate, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Motion is approved, and the Stipulation to Settle Objection to Claim No. 12, attached hereto as Exhibit "A" is approved.

<u>In re Azabu Buildings Company</u>, Bk. No. 05-50011 (Chapter 11); Order Approving Stipulation to Settle Objection to Claim No. 12 (Izanagi Capital) Exhibit "A"

STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
GEORGE C. WEBSTER II, *admitted pro hace vice*
ERIC D. WINSTON, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; gwebster@stutman.com;
ewinston@stutman.com; afisch@stutman.com

WATANABE, ING & KOMEIJI, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

WAGNER CHOI & EVERS, Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
JAMES F. EVERS
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Co-counsel for the Azabu Liquidating Trust

470266v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) | BK. NO. 05-50011 |
| ) | (Chapter 11) |
| AZABU BUILDINGS COMPANY, LTD., ) | |
| a.k.a. AZABU TATEMONO K.K., ) | |
| ) | |
| Debtor and ) | |
| Debtor-in-Possession. ) | |
| ) | |

## STIPULATION TO SETTLE OBJECTION TO CLAIM NO. 12

THIS STIPULATION by and among the Azabu Liquidating Trust (the "Liquidating Trust"), Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K., debtor and debtor in possession (the "Debtor"), and the Official Committee of Unsecured Creditors (the "Committee") on the one hand, and, Izanagi Capital ("Izanagi"), on the other hand, is entered into based on the following facts:

### RECITALS

A. Izanagi filed Proof of Claim No. 12 in the amount of $19,604,665.97 as a general unsecured claim in Azabu's chapter 11 case (the "Claim").

B. The Debtor and the Liquidating Trust filed an Objection to the Claim, contending, <u>inter alia</u>, that it was barred by the applicable Japanese statute of limitations, and that the Debtor's books and records demonstrated that the claim
2

470266v1

did not exceed 1,154,436,682 Japanese Yen (which, applying the applicable yen to dollar conversion rate of 118.23 yen per $1, equals $9,764,329).

C. The parties wish to avoid the expense, delay, and uncertainty of litigation over the merits of the Claim and Objection to Claim by entering into the following stipulation:

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Izanagi shall be allowed a general unsecured Class 9 claim in the amount of $1,952,866.

2. The balance of the Claim shall be disallowed.

3. Izanagi shall not file or assert any other claim against Azabu, the Liquidating Trust, or the bankruptcy estate.

Dated: February 27, 2008    STUTMAN, TREISTER & GLATT,
                            Professional Corporation
                            On behalf of the Official Committee of
                            Unsecured Creditors, the Azabu Liquidating
                            Trust Committee, and the Azabu Liquidating
                            Trust

                            By: _____
                                H. Alexander Fisch

Dated: February ___, 2008   WAGNER CHOI & EVERS
                            On behalf of Azabu Buildings Company, Ltd.

                            By: _____
                                Chuck C. Choi

3

470266v1

Dated: February 27, 2008    IZANAGI CAPITAL

By: _____伊藤 宏_____

Its: __Hiroshi Ito, President-Director__

Approved by Hawaii counsel to Izanagi:

Dated: February 21, 2008

By: _____Harrison P. Chung_____
Harrison P. Chung, Esq.