WAGNER & CHOI
Attorneys at Law
JAMES A. WAGNER
CHUCK C. CHOI
NEIL J. VERBRUGGE
Topa Financial Center, Fort St. Twr.
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: wcelaw@wcelaw.com

Attorneys for AZABU BUILDINGS CO., LTD.

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
JEFFREY C. KRAUSE         CA 94053
GEORGE C. WEBSTER II      CA 82870
ERIC D. WINSTON           CA 202407
H. ALEXANDER FISCH        CA 223211
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone No.    (310) 228-5600
Telefacsimile No.  (310) 228-5788
jkrause@stutman.com, gwebster@stutman.com,
ewinston@stutman.com, afisch@stutman.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST


WATANABE, ING & KOMEIJI, LLP
WAYNE K.T. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No.    (808) 544-8300
Telefacsimile No.  (808) 544-8399
wmau@wik.com

Attorneys for the OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AZABU LIQUIDATING TRUST COMMITTEE,
AND AZABU LIQUIDATING TRUST

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>AZABU BUILDINGS COMPANY LTD., aka AZABU TATEMONO K.K.<br><br>　　　　　Debtor. | Case No. 05-50011 (RJF)<br><br>(Chapter 11) |

## STIPULATION AND ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF CK (NEVADA) LLC

This Stipulation and Order (the "Stipulated Order") is entered into by and among the Azabu Liquidating Trustee (the "Trustee"); the Official Committee of Unsecured Creditors and the Azabu Liquidating Trust Committee (together, the "Committee"); CK (Nevada) LLC formerly known as CK (Nevada) Corp. ("CK"); and Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K., debtor and debtor in possession (the "Debtor"), by and through their undersigned counsel, based on the following facts:[1]

### RECITALS

A. The Joint Plan was confirmed by order entered June 28, 2007 (the "Confirmation Order"). As contemplated by the Joint Plan, the Japanese Plan was

---

[1] Terms used herein and not otherwise defined shall have the meanings set forth in the "Second Amended Joint Chapter 11 Plan of Reorganization for Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K. and Subsequent Filing Entities as of April 23, 2007" (the "Joint Plan").

2

59915

confirmed on December 6, 2007 HST. Pursuant to sections 1.71, 5.16, and 8.1 of the Joint Plan, the Effective Date of the Joint Plan occurred on December 7, 2007.

B.  During the Debtor's Chapter 11 Case, the Debtor assumed all of its leases, subleases and sub-subleases, including the Debtor's various leases, subleases and sub-subleases with CK. From and after January 1, 2007, the Debtor continued to pay CK base rent and "add-on" rents that were in effect under the "CK Hotel Lease" (as defined below) as of January 1, 2006 (the "2006 Rental Rate").

C.  Pursuant to the terms of the Lease dated May 3, 1974, filed as Land Court Document No. 678622 and recorded in Liber 9879 at Page 324, as amended by a First Amendment to Lease dated November 16, 1976, filed as Land Court Document No. 789469 (the "CK Hotel Lease") between CK as lessor and the Debtor as lessee, the base rent for the ten-year period commencing January 1, 2007, is to be determined by mutual agreement of the parties or through an arbitration proceeding in accordance with state law (the "CK Increased Rent Claim").

D.  CK and the Debtor are parties to a pending arbitration proceeding (the "Arbitration Proceeding") to resolve the CK Increased Rent Claim.

E.  On June 1, 2006, CK filed Proof of Claim No. 27 asserting, among other things, a timely contingent and unliquidated administrative claim in the Debtor's Chapter 11 Case for all post-petition amounts due under CK's various leases of the Hotel property to the Debtor, including the CK Hotel Lease.

F.  On December 5, 2007, the Court entered an "Order Approving Debtor's Motion for Order Approving Settlement of Sinking Fund Obligations" and approved a Settlement by and among 2424 Kalakaua Associates, CK, and the Debtor resolving the Debtor's obligations under certain of its leases to set up and fund (beginning January 1, 2007) a "sinking fund" for the demolition and removal of the Hotel at the expiration of the leases (the "Sinking Fund Settlement").

G. On January 11, 2008, the Court entered an order approving the "Stipulation and Order to Settle Objection to Claim No. 27" wherein the parties agreed that "C.K. shall be deemed to have filed a timely administrative expense claim (as set forth in Section 2.3.1. of the Plan and Paragraph 17 of the Plan Confirmation Order) in an unliquidated amount for amounts owing under the C.K. leases, as they come due, for any Increased Rent determined to be owing under the C.K. leases as a result of the Arbitration Proceeding."

H. On February 29, 2008, the Court entered an order approving the "Stipulation and Order Extending General Administrative Claims Bar Date for Sinking Fund Obligations" whereby the General Administrative Claims Bar Date for CK and 2424 Kalakaua Associates with regard to the Debtor's obligation under the Sinking Fund Settlement was extended to April 5, 2008.

I. Pursuant to an order entered on March 14, 2008, the Court granted the "Joint Motion by Plan Proponents and Azabu Liquidating Trustee for Approval of Third Amendment to Acquisition Agreement" and approved the Third Amendment to the Acquisition Agreement by and among Plan Proponents, the Trustee, Hyatt and the Buyer which, among other things, extends the Closing deadline for the Equity Sale to April 3, 2008. Under the Acquisition Agreement the CK Increased Rent Claim for the period prior to the Closing is an obligation of the Debtor and after the Closing is an obligation of NewCo, not the Debtor.

J. The parties anticipate consummating the Equity Sale described in the Acquisition Agreement, Joint Plan and Confirmation Order on April 3, 2008 (the "Closing Date"). Consequently, it is anticipated that, effective as of the Closing Date, NewCo, which will be owned and controlled by the Buyer, will replace the Debtor as the real party in interest in the Arbitration Proceeding.

K. The parties wish to settle and resolve the CK Increased Rent Claim for the period covering the period January 1, 2007 to April 3, 2008 without prejudice

4

U.S. Bankruptcy Court - Hawaii   #05-50011   Dkt # 1852   Filed  03/31/08   Page 4 of 7
59915

to the rights of NewCo and CK in the Arbitration Proceeding with respect to the rent due after April 3, 2008.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. In complete and full satisfaction of the CK Increased Rent Claim for the period January 1, 2007 to April 3, 2008, the Debtor shall pay CK the sum of ONE MILLION ONE HUNDRED SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($1,175,000.00) plus general excise tax (the "Settlement Amount") on or before March 31, 2008. From and after April 1, 2008, any unpaid portion of the Settlement Amount shall accrue simple interest at the rate of ten percent (10%) per annum. The parties agree that the Settlement Amount shall not be subject to adjustment based on any subsequent settlement or decision rendered in the Arbitration Proceeding and shall finally and irrevocable establish only the CK Increased Rent Claim for the period January 1, 2007 to, but not including, April 3, 2008. By this Stipulated Order, the Debtor and CK expressly, specifically and mutually release any and all claims against one another for any and all rent payments (or refunds therefor) under the CK Hotel lease (including, but not limited to base rent, increased rent, add-on rent, etc.) for the period January 1, 2007 to, but not including, April 3, 2008, or if the Closing occurs on a later date, to such later Closing date.

2. If the Closing occurs on a date after April 3, 2008, the Debtor shall continue to pay rent on a monthly basis under the CK Hotel Lease at the 2006 Rental Rates. In addition to these monthly rent payments, the Debtor shall cause to be paid to CK an additional "per diem" of TWO THOUSAND SEVEN HUNDRED SEVENTEEN AND 00/100 DOLLARS ($2,717.00) plus general excise tax payable on a weekly basis (at the end of each week), which will constitute payment on account of the CK Increased Rent Claim for the period after April 3, 2008 through the Closing. Any unpaid portion of the "per diem" not paid at the end of each week shall accrue simple interest at the rate of ten percent (10%) per annum. For the avoidance of

5

doubt, the Debtor shall continue to pay CK both a monthly rent payment and weekly "per diem" rent payments in satisfaction of its obligations under the CK Hotel Lease. Upon Closing, any amount of unpaid monthly and/or per diem rent payments and/or accrued interest shall be paid no later than seven (7) days after Closing. Notwithstanding anything to the contrary, the parties agree that if the Debtor owns the Hotel when a ruling is issued in the Arbitration Proceeding, such decision shall control the rents due under the CK Hotel Lease from the date of the ruling.

    3. This Stipulated Order is without prejudice to the Debtor or CK (and their respective successors) proceeding with the Arbitration Proceeding. Furthermore, this Stipulated Order, the fact that the parties have settled the CK Increased Rent Claim for the period January 1, 2007 to, but not including, April 3, 2008, and the terms of that settlement shall not be admissible in the Arbitration Proceeding for any purpose whatsoever and neither party shall refer to the existence of the settlement or the terms of the settlement in any way in connection with the Arbitration Proceeding or in the presence of any of the arbitrators.

    4. This Stipulated Order is without prejudice to the rights of the parties to the Sinking Fund Settlement. This Stipulated Order is also without prejudice to the Debtor's rent renegotiation or arbitration with the Okumoto Joint Irrevocable Trust.

**APPROVED AND SO ORDERED.**

_/s/_

United States Bankruptcy Judge
MAR 3 1 2008

Dated: March 19, 2008

STUTMAN, TREISTER & GLATT
Professional Corporation
On behalf of the Official Committee of
Unsecured Creditors, the Azabu
Liquidating Trust Committee, and the
Azabu Liquidating Trustee

By:/s/ Jeffrey C. Krause
Jeffrey C. Krause

Dated: March 19, 2008

WAGNER & CHOI
Attorneys at Law
On behalf of Azabu Buildings Company,
Ltd.

By: /s/ Chuck C. Choi
Chuck C. Choi

Dated: March 19, 2008

GIBSON DUNN & CRUTCHER LLP
On behalf of C.K. (Nevada) LLC

By: /s/ Oscar Garza
Oscar Garza

7

U.S. Bankruptcy Court - Hawaii    #05-50011   Dkt # 1852   Filed 03/31/08   Page 7 of 7