STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; afisch@stutman.com

WATANABE ING, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

Co-counsel for the Azabu Liquidating Trust
and Azabu Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | BK. NO. 05-50011 |
| | (Chapter 11) |
| AZABU BUILDINGS COMPANY, LTD., | |
| a.k.a. AZABU TATEMONO K.K., | |
| | |
| Debtor | |

**AZABU LIQUIDATING TRUST'S WITHDRAWAL OF OBJECTIONS TO CLAIM NOS. 34, 35, 36 AND 37, AND GS CLAIMANTS' ACKNOWLEDGEMENT OF SETTLEMENT AGREEMENT**

482322v1

Based on the "Settlement Agreement" dated July 20, 2009 (the "Settlement Agreement"), by and between the Azabu Liquidating Trust (the "Trust"), on the one hand; and JLQ, LLC, MDL Seven Co. Ltd., MDL Two Co. Ltd., and JTGLQ Company (collectively, the "GS Claimants"), on the other, the Trust hereby withdraws its objections to the claims asserted by the GS Claimants as set forth more fully below.

The GS Claimants have filed proofs of claim against Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K. ("Azabu") in the above-captioned chapter 11 case of Azabu, which are identified in the Court's registry of claims as Claim Nos. 34, 35, 36, and 37 (the "Claims"). The GS Claimants have also filed claims (each a "Japanese Claim") in the Japanese bankruptcy proceeding concerning Azabu.

On December 5, 2008, the Trust filed with the Court: (a) the "Objection of the Azabu Liquidating Trust to Claim No. 34 and JLQ's Japanese Case Proof of Claim;" (b) the "Objection of the Azabu Liquidating Trust to Claim No. 35 and MDL Seven's Japanese Case Proof of Claim;" (c) the "Objection of the Azabu Liquidating Trust to Claim No. 36 and MDL Two's Japanese Case Proof of Claim;" and (d) the "Objection of the Azabu

2

U.S. Bankruptcy Court - Hawaii  #05-50011  Dkt # 2039  Filed 07/24/09  Page 2 of 3

Liquidating Trust to Claim No. 37 and JTGLQ's Japanese Case Proof of Claim" (collectively, the "Objections").

Pursuant to the Settlement Agreement, the Trust and the GS Claimants have agreed, among other things, that the Trust shall withdraw the Objections, and the GS Claimants shall accept the treatment of the Claims and the Japanese Claims that is set forth in the Settlement Agreement.

WHEREFORE, the Trust hereby withdraws the Objections; the GS Claimants acknowledge that the Claims and Japanese Claims shall be treated in accordance with the Settlement Agreement; and the parties request that the status conference set for August 3, 2009 at 9:30 a.m., and all other hearings and deadlines, be vacated.

Dated: July 23, 2009

STUTMAN, TREISTER & GLATT, P.C.
On behalf of the Azabu Liquidating Trust
and the Azabu Liquidating Trustee

By: _____
H. Alexander Fisch, Esq.

Dated: July 23, 2009

O'MELVENY & MYERS LLP
On behalf of JLQ, LLC, MDL Seven Co.
Ltd., MDL Two Co. Ltd., and JTGLQ
Company

By: _For Evan Jones / I cs_____
Evan Jones, Esq.

3