STUTMAN, TREISTER & GLATT P.C.
JEFFREY C. KRAUSE, *admitted pro hac vice*
H. ALEXANDER FISCH, *admitted pro hac vice*
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: jkrause@stutman.com; afisch@stutman.com

WATANABE ING, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 544-8339
Facsimile: (808) 544-8399
Email: wmau@wik.com

Co-counsel for the Azabu Liquidating Trust
and Azabu Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re ) <br> ) <br> AZABU BUILDINGS COMPANY, LTD., ) <br> a.k.a. AZABU TATEMONO K.K., ) <br> ) <br> Debtor ) <br> ) <br> ) <br> ) <br> ) | BK. NO. 05-50011 <br> (Chapter 11) |

**AZABU LIQUIDATING TRUST'S WITHDRAWAL OF
OBJECTIONS TO CLAIM NO. 5, AND NIPPON LOANS'
ACKNOWLEDGEMENT OF SETTLEMENT AGREEMENT**

529342v1

Based on the "Settlement Agreement" dated July 24, 2009 (the "Settlement Agreement"), by and between the Azabu Liquidating Trust (the "Trust"), on the one hand, and Nippon Loans, LLC ("Nippon Loans"), on the other, the Trust hereby withdraws its objection to the claim asserted by Nippon Loans as set forth more fully below.

Nippon Loans has filed a proof of claim, which is identified in the Court's registry of claims as Claim No. 5 (the "Claim"). Nippon Loans has also filed a claim (the "Japanese Claim") in the Japanese bankruptcy proceeding concerning Azabu Building Company, Ltd. a.k.a. Azabu Tatemono K.K.

On October 26, 2007, the Trust filed the "Objection of the Azabu Liquidating Trust to Claim No. 5 and Nippon Loans' Japanese Case Proof of Claim" (the "Objection").

By the Settlement Agreement, the Trust and Nippon Loans have agreed, among other things, that the Trust shall withdraw the Objection, and Nippon Loans shall accept the treatment of the Claim and the Japanese Claim that is set forth in the Settlement Agreement.

WHEREFORE, the Trust hereby withdraws the Objection; Nippon Loans acknowledges that the Claim and Japanese Claim shall be treated in accordance with the Settlement Agreement; and the parties request

529342v1

U.S. Bankruptcy Court - Hawaii   #05-50011   Dkt # 2040   Filed 07/31/09   Page 2 of 3

that the status conference set for August 3, 2009 at 9:30 a.m., and all other hearings and deadlines, be vacated.

Dated: July 30, 2009

STUTMAN, TREISTER & GLATT, PC
On behalf of the Azabu Liquidating Trust
and the Azabu Liquidating Trustee

By: _____
H. Alexander Fisch, Esq.

Dated: July 30, 2009

ALSTON HUNT FLOYD & ING
On behalf of NIPPON LOANS, LLC

By: _____
Glenn T. Melchinger, Esq.

3

529342v1

U.S. Bankruptcy Court - Hawaii   #05-50011   Dkt # 2040   Filed 07/31/09   Page 3 of 3