WATANABE ING, LLP
WAYNE K. MAU
First Hawaiian Center, Suite 2300
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Telefacsimile No. (808) 544-8399
Email: wmau@wik.com

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
JEFFREY C. KRAUSE  CA 94053
H. ALEXANDER FISCH  CA 223211
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone No. (310) 228-5600
Telefacsimile No. (310) 228-5788
Email: jkrause@stutman.com; afisch@stutman.com

Attorneys for AZABU LIQUIDATING TRUST


ORIGINAL

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) Case No. 05-50011 <br> ) (Chapter 11) <br> ) |
| AZABU BUILDINGS COMPANY LTD., aka AZABU TATEMONO K.K. <br><br> Debtor | ) **HEARING** <br> ) <br> ) DATE: December 13, 2008 <br> ) TIME: 10:30 p.m. <br> ) JUDGE: Honorable Robert J. Faris <br> ) <br> ) |

# ORDER GRANTING MOTION OF THE AZABU LIQUIDATING TRUST FOR AN ORDER APPROVING FINAL REPORT AND DISCHARGING THE TRUSTEE

The Court, having considered the "Motion for An Order Approving Final Report and Discharging the Trustee" (the "Motion") filed by the Azabu Liquidating Trust (the "Trust"), by Alvarez & Marsal North America, LLC, as Trustee of the Trust (the "Trustee"), the "Supplemental Memorandum in Support of Azabu Liquidating Trust's Motion for Order Approving Final Report and Discharging the Trustee" (the "Supplemental Memorandum"), and the record in this case, hereby finds that notice of the Motion was good and sufficient under the circumstances, and that no other or further notice need be given; the Trustee's final report (the "Final Report") provides the information required under section 4.9.1 of the Azabu Liquidating Trust Agreement; the Trustee has administered all of the Trust's assets and performed all duties set forth in the "Debtor's And Official Committee Of Unsecured Creditor's Second Amended Joint Chapter 11 Plan Of Reorganization For Azabu Buildings Company, Ltd., a.k.a. Azabu Tatemono K.K., And Subsequent Filing Entities, Dated As of April 23, 2007" (the "Plan"), the order confirming the Plan, and the Azabu Liquidating Trust Agreement; and good and sufficient cause appearing therefore and no objection to the Motion having been filed or served,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Final Report is approved.

3. Pursuant to section 4.9.2 of the Azabu Liquidating Trust Agreement, the Trustee shall be discharged from all liability to the Trust, or any person who or which has had or may have a claim against the Trustee or the Trust, for acts or omissions in the Trustee's capacity as the Trustee or in any other capacity contemplated by the Azabu Liquidating Trust Agreement, or the Plan.

4. As set forth in section 7.1 of the Azabu Liquidating Trust Agreement, the Trust shall terminate by entry of the Final Decree closing the above-captioned chapter 11 case.

5. This Order is effective upon entry.

DEC 1 4 2010

/s/

United States Bankruptcy Judge