WAGNER CHOI & VERBRUGGE
JAMES A. WAGNER
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 533-1877
Facsimile: (808) 566-6900
Email: cchoi@hibklaw.com

Attorneys for AZABU BUILDINGS COMPANY, LTD.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re : | BK NO. 05-50011 |
| | (Chapter 11) |
| AZABU BUILDINGS COMPANY LTD., aka AZABU TATEMONO K.K. | Date: December 13, 2010 |
| | Time: 9:30 a.m. |
| Debtor. | Judge: Hon. Robert J. Faris |

ORDER GRANTING
MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CASE

The hearing on the Motion for Entry of Final Decree and Order Closing Case (the "Motion"), filed by Azabu Buildings Company LTD., aka. Azabu Tatemono K.K. (the "Debtor"), came on for hearing in the United States Bankruptcy Court for the District of Hawaii on December 13, 2010, the Honorable Robert J. Faris presiding. Appearances are as noted on the record.

62621

Based upon the Motion and the Court finding that good cause appearing therefore, and the estate of the above-named Debtor having been fully administered,

IT IS HEREBY ORDERED that the Motion is hereby GRANTED;

IT IS FURTHER ORDERED that, the Chapter 11 case of the Debtor is hereby CLOSED; and

IT IS FURTHER ORDERED that this Order shall serve as a Final Decree in this Chapter 11 case.

/s/ *Robert J. Faris*
United States Bankruptcy Judge
Dated: December 21, 2010

---

In re Azabu Buildings Company LTD., aka Azabu Tatemono K.K. (Chapter 11); Order Granting Motion for Entry of Final Decree and Order Closing Case

62621v1